JAMES WILLIAMS
71289-053
Box 200, Unit "G"
Federal Prison Camp Canaan
Waymart, Pennsylvania  18472

October 29, 2007

Honorable Judge Amon
United States District Court
225 Cadman Plaza - East
Brooklyn, New York  11201

06-CV-6359(CBA)
CR-04-896(CBA)

RE:  Williams v. United States - Relief From Disability

Honorable Judge Amon;

On or about October 20, 2007, I sent the court a request for relief from disability.  Since that time I have been informed by Mrs. Debra Fialkow, the Mother of Ruth Fialkow, that Ruth has been charged with a violation of her supervision.

As I am to understand, Ruth provided a positive test.  I am in good faith and fair dealing, advising your Honor of this matter.  I hope the court will understand that the situation relating to my Family is manifesting collateral consequences.

I am not offering the current difficulties as an excuse for Ruth, but rather my concern is that the matters presently occuring are a result of Ruth's inability to deal with the stress of all the residual fallout which has come as a result of our separation and legal problems.  I feel responsible.

I am sure I should have addressed the visitation matters sooner.  I do beleive that maintaining a closer relationship could have adverted Ruth's need for diversion from stress and her emotional loss.

While I must admit this matter is a setback for Ruth and I, I can only hope the court will still consider our need for visitation and to maintain our Family ties.

Sincerly;
James Williams



As Mr. Williams has previously been advised, disputes over conditions of Ms. Fialkow's supervision must be raised by her before the assigned Judge in the Northern District of N.Y. This Court will not act on this application. So Ordered

s/Hon. Carol B. Amon
11/19/07

RECEIVED
NOV - 2 2007
PRO SE OFFICE